GIUSEPPE DENTI), Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JT.

FRANCISCO MURIEL, as Administrator, etc., of JULIO MURIEL, Deceased, Appellant, v. BALTIMORE INSULAR LINE, INC., Respondent, and Others, Defendants.— Motion to dismiss appeal denied, upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

JOHN J. O'DONNELL, Appellant, v. J. NORMAN WHITEHOUSE and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

RAFFAELE PUGLIESE, Respondent, v. ROSALIA PUGLIESE, etc., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Motion to vacate stay denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR DE SANTIS, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH WEIDINGER, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, by the COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of FLORENCE EDERLE, Respondent, v. ABRAHAM BRAVER, Appellant.— Motion to dismiss appeal denied, upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

LOUIS ROSENBERG, Appellant, v. SEA BREEZE FOUNDATION, INC., Respondent, and Another, Defendant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

H. LANDON B. RYDER, Respondent, v. ANNA G. W. DAYLEY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

BELLA SCHEINWALD, Appellant, v. REUBEN SCHEINWALD, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

EUGENE SHERK, as Receiver, etc., Respondent, v. LUCILLE CATENA and Others, Appellants. MILLFIELD REALTY COMPANY and Another, Defendants.— Motion for stay granted, upon condition that within five days from the entry of the order herein appellants file an undertaking, with corporate surety, conditioned to pay the amount of the judgment appealed from, including the costs